UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RONALD GOLDBERG

    Petitioner,

vs.                                             Case No. 5:22-cv-210/TKW/MAL

WARDEN KEVIN PISTRO,

    Respondent.
_____/

# **O R D E R**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 26) and Petitioner's objection (Doc. 27) and supplemental brief (Doc. 28). The Court reviewed the issues raised in the objection and supplemental brief de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's recommended disposition of this case.

The Court did not overlook Petitioner's argument that he has now exhausted his administrative remedies because, after briefing on his second amended habeas petition was completed, he received a response from the regional level and filed an appeal with the central office. That, however, does not undermine the magistrate judge's ruling because Petitioner was required to fully exhaust his administrative remedies <u>before</u> seeking judicial review and, in any event, the objection states that

Petitioner has not yet received a response from the central office—which means that the administrative remedy process is still not yet exhausted. After the central office issues a decision (or the time for doing so expires without a decision), Petitioner can seek judicial review by filing another habeas petition.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Respondent's motion to dismiss (Doc. 13) is **GRANTED,** and Petitioner's second amended habeas petition (Doc. 11) is

    a. **DISMISSED without prejudice** as to Ground One (FSA Credits) for failure to exhaust administrative remedies; and

    b. **DENIED on the merits** as to Ground Two (Good Conduct Credit).

3. Petitioner's "Petition for Summary Judgment" (Doc. 15) and "Emergency Motion for Immediate Release from Prison" (Doc. 25) are **DENIED as moot** based on the disposition of the second amended habeas petition.

4. The Clerk shall enter judgment in accordance with this Order and close the case.

**DONE and ORDERED** this 15th day of May, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**